64 A.3d 628

**Judge Arthur TILSON, Petitioner,**

v.

**Thomas W. CORBETT, Jr., Governor of the Commonwealth of Pennsylvania, Carol T. Aichele, Secretary of the Commonwealth of Pennsylvania, and Zygmont A. Pines, Court Administrator of the Commonwealth of Pennsylvania, Respondents.**

No. 20 MM 2013.

Supreme Court of Pennsylvania.

March 28, 2013.

*ORDER*

PER CURIAM.

**AND NOW,** this 28th day of March, 2013, the Application for Extraordinary Relief is **GRANTED.** The parties are directed to brief the issue as framed by Petitioner:

Whether Article V, Section 16 of the Pennsylvania Constitution violates Applicant's rights under Article I of the Pennsylvania Constitution.

The Prothonotary is directed to establish an expedited briefing schedule and list this case for oral argument during our May 2013 session in Harrisburg.